

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2015

No. 04-14-00785-CV

Mary Ann **CASTRO**,
Appellant

v.

Manuel **CASTRO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15957
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

Appellant's "Motion for Oral Argument" is DENIED.

It is so ORDERED on this 21st day of September, 2015.

PER CURIAM

Attested to: _____
Keith E. Hottle
Clerk of Court